IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ADAM DAVID KETCHUM,<br><br>Defendant. | CR 21-57-GF-BMM<br><br>ORDER |

Adam Ketchum filed a Motion for Early Termination of Supervised Release. (Doc. 6.) The United States Attorney did not oppose the Court granting Ketchum's Motion. The Court conducted a hearing on the motion on November 3, 2021. (Doc. 10.). For the reasons below, the Court grants Ketchum's motion.

Ketchum pleaded guilty to conspiracy to distribute methamphetamine under 21 U.S.C. § 841. (Doc. 2-4.) The Eastern District of Washington sentenced Ketchum to the Bureau of Prisons on August 14, 2017, for a term of 36 months with 3 years of supervised release. (*Id.*) Federal law authorizes a defendant to move for termination of supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

1

The factors in 18 U.S.C. § 3553(a) support an early termination of Ketchum's supervised release. Ketchum has been under supervision without incident for 28 months. Ketchum began supervised release on June 26, 2019. There is no indication in the record that Ketchum violated or had any problems with his supervision. Ketchum's United States Probation Officer reported that he has done well on supervision and has maintained full-time employment. Ketchum's compliance with the terms of his supervision demonstrate that termination of supervision is warranted.

Accordingly, **IT IS ORDERED**:

1. Ketchum's Motion for Early Termination of Supervised Release (Doc. 10) is **GRANTED**.

2. Ketchum is **DISCHARGED** from supervised release.

DATED this 4th day of November, 2021.

_____
Brian Morris, Chief District Judge
United States District Court